# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 3:04cr0097AS |
| | ) | |
| SHANON M. OCHOA (01), | ) | |
| ROBYN DRUDGE (02), | ) | |
| TELLY GANT (03), | ) | |
| ROBERT SMITH (04), | ) | |
| MELVIN FAGAN (05), | ) | |
| DEJA WALKER (06), | ) | |
| SONYA SMITH (07), | ) | |
| JASON WICKIZER (08), | ) | |
| LISA STEPHENS (09), | ) | |
| KIYAKA LARK (10), | ) | |
| SAMANTHA BURTON (11), | ) | |
| TAMMY ROSE (12), | ) | |
| | ) | |
| Defendants. | ) | |

## *MEMORANDUM*

In spite of its strong concern regarding the health problems of Ms. Houston, it is the obligation of this court to move this case to a proper conclusion.  The case has been delayed in a separate order.  It is also the obligation of the United States Attorney to ensure that an Assistant United States Attorney is ready and prepared to proceed with this case.  No further delay will be granted in this regard.  The cooperation of all is appreciated.

**IT IS SO ORDERED**.


DATED: April 21, 2005                                    s/ ALLEN SHARP
                              _____
                              **ALLEN SHARP, JUDGE**
                              **NORTHERN DISTRICT OF INDIANA**